■ In the Matter of JULIET A. PADULO, as Voluntary Administrator of the Estate of ADA J. ROMEO, Deceased, Petitioner, v KELLY REED, Commissioner, Monroe County Department of Human Services, et al., Respondents. [886 NYS2d 64]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Martoche, J.P., Smith, Centra, Fahey and Pine, JJ.

■ In the Matter of FAXTON-ST. LUKE'S HEALTHCARE, INC., Respondent, Pursuant to Article 81 of the Mental Hygiene Law for the Appointment of a Guardian of the Person and Property of CAESAR A., an Alleged Incapacitated Person. ONEIDA COUNTY DEPARTMENT OF SOCIAL SERVICES, Appellant. [886 NYS2d 63]— Motion for leave to appeal to the Court of Appeals denied. Present—Hurlbutt, J.P., Martoche, Fahey, Carni and Pine, JJ.

■ In the Matter of ORLANDO RIOS, Petitioner, v NORMAN BEZIO, Director, Special Housing Unit, Midstate Correctional Facility, Respondent. [886 NYS2d 64]—Motion for reargument denied. Present—Scudder, P.J., Fahey, Peradotto, Carni and Green, JJ.

■ ANTHONY FOSTER et al., Respondents, v DEALMAKER, SLS, LLC, et al., Appellants. [886 NYS2d 64]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Martoche, Fahey, Carni and Pine, JJ.

■ JOHN K. SABUNCU et al., Appellants, v THANEY & ASSOCIATES CPAs, P.C., et al., Respondents. [886 NYS2d 63]—Motion for leave to appeal to the Court of Appeals denied. Present—Hurlbutt, J.P., Centra, Peradotto, Carni and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STANLEY A. BROWN, Appellant. [886 NYS2d 64]—Motion for reargument and leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Hurlbutt, Martoche, Smith and Centra, JJ.

■ In the Matter of JOSEPH D. RAYMOND, SR., Appellant, v KEVIN E. WALSH, Sheriff, County of Onondaga, et al., Respondents. [886 NYS2d 64]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Hurlbutt, Martoche, Smith and Centra, JJ.

■ TRACY L. WILLIAMS, Respondent, v MARTIN JOHNSON, Appellant. [886 NYS2d 64]—Motion for reargument denied. Present—Martoche, J.P., Smith, Fahey, Carni and Green, JJ.

■ RONALD SPANOS et al., Respondents, v MICHAEL R. FANTO et al., Appellants. [886 NYS2d 64]—Motion for reargument denied. Present—Centra, J.P., Peradotto, Green, Pine and Gorski, JJ.